IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:15cr4/MCR

WILLIAM M. GOODE

### FINAL ORDER OF FORFEITURE
### AS TO DEFENDANT WILLIAM M. GOODE

WHEREAS, on April 7, 2015, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Sections 2428 and 2253, based upon the defendant's guilty plea to Counts One and Two of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

(a) Cannon Digital Camera EOS Rebel T3
Model # DS126291
Sn# 032060012690

(b) Apple iPAD
Model # MC979
Sn# DMQJ86HMDKPH

(c) HP Laptop
Model # DV6-3259WM
Sn# CNF104396W

(d) Orange PNY 4 GB Micro Thumb Drive

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure, said Preliminary Order of Forfeiture shall be made final as to defendant **WILLIAM M. GOODE** at the time of sentencing and shall be made part of the sentence and included in the judgment now wherefore,

1

IT IS HEREBY ORDERED:

That all of defendant **WILLIAM M. GOODE's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 22nd day of July, 2015.

_M. Casey Rodgers_
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE